# UNITED STATES DISTRICT COURT
## FOR THE
### EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH TALAMINI and MELISSA SALVO,<br><br>      Plaintiff,<br>vs.<br><br>PENNCRO ASSOCIATES, INC,<br><br>      Defendant. | CIVIL ACTION NO.:<br><br>1:11-CV-03542-DLI-JO<br><br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and their attorneys, and the Defendant and their attorneys, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Dated: April 16, 2012         Dated:

**MOLINA VILLAPLANA COLON & BAKER, LLP.**  **MEL S. HARRIS & ASSOC., LLC.**
Attorneys for Plaintiff          Attorneys for Defendant
By:                  By:

_____  _____
Orlando Molina, Esq. (OM1072)    Arthur Sanders, Esq. (AS1210)
369 Lexington Avenue         5 Hanover Square
2ND - Floor             8TH - Floor
New York, New York 10017      New York, New York 10004
(646) 556-6620 Telephone      (212) 660-1050 Telephone
(646) 607-2495 Facsimile       (646) 454-2104 Facsimile